UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SABRINA BENNETT,

                    Plaintiffs,
                                                    26-cv-1213 (JGK)
          - against -
                                                    ORDER
Canal Street Food Corp.& McDonald's
Corporation,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint or file proof of service on the docket.

     The plaintiff's time to serve the summons and complaint and to file proof of service is extended to **May 27, 2026.** If the plaintiff does not effect service or file proof of service by May 27, 2026, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          May 13, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge