UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA BENNETT,

                    Plaintiff,                          26-cv-1213 (JGK)

          - Against -                                   Order

CANAL STREET FOOD CORP., ET AL.,

                    Defendants.

---

John G. Koeltl, District Judge:

      The parties are directed to submit a Rule 26(f) report by **June 2, 2026**.

SO ORDERED.

Dated:    New York, New York
          May 19, 2026

                                         John G. Koeltl
                           United States District Judge