# GRSM50

**GORDON REES SCULLY MANSUKHANI**

YOUR 50 STATE LAW FIRM™

**DAVID J. GRECH**
dgrech@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

May 21, 2026

*Application granted.*
*Time to respond extended to*
*May 27, 2026.*
*Initial Conference*
*and Rule 26(f) report*
*adjourned sine die.*
*So ordered. [signature] 6/(beto/USDS.*
*5/22/26*

**VIA ECF**

The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Souhtern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Bennett v. Canal Street Food Corp. et al.*
       Case No. 1:26-cv-01213-JGK-SN

Dear Judge Koeltl,

We represent Defendant Canal Street Food Corp. in this case. We write, pursuant to Section I.C. of Your Honor's Individual Practices and with Plaintiff's consent, to respectfully request an extension of time to May 27, 2026 for Defendant Canal Street to answer, move, or otherwise respond to the Complaint. In addition, Defendant Canal Street and Defendant McDonald's Corporation jointly and with Plaintiff's consent request an adjournment of the Initial Conference, presently scheduled for June 2, 2026, and an attendant extension of the deadline for the parties to submit their Rule 26(f) report, also presently scheduled for June 2, 2026.

Counsel for McDonald's is currently scheduled to start a trial out-of-state on June 2, 2026. Also, counsel for the parties have conferred and agree that an opportunity for negotiations toward a resolution should be explored before expending their resources (and those of the Court) on continued litigation. This represents the first request by Defendant Canal Street to extend its time to respond to the Complaint, to adjourn the Initial Conference, and to extend the time for the parties to submit their Rule 26(f) report.

Therefore, Defendant Canal Street respectfully requests that its time to answer or otherwise respond to the Complaint be extended to May 27, 2026, and Defendants Canal Street and McDonald's jointly request that the June 2, 2026 Initial Conference be adjourned to a date thereafter available to the Court with an attendant extension of time for the parties to submit their Rule 26(f) report. The requested extensions and adjournment would not affect any other scheduled dates or deadlines in this case.

Hon. John G. Koeltl, U.S.D.J.
U.S. District Court, S.D.N.Y.
May 21, 2026
Page 2 of 2

We thank the Court for its attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech

cc: All Counsel of Record (*via* ECF)