UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA BENNETT,

                    Plaintiff,                          26-cv-1213 (JGK)

        - against -                                     Order

CANAL STREET FOOD CORP., ET AL.,

                    Defendants.

---

John G. Koeltl, District Judge:

        The parties were directed to submit a Rule 26(f) report by June 2, 2026.

To date, no such report has been filed.

        The parties shall submit a Rule 26(f) report by **June 22, 2026**. Failure

to do so may result in dismissal of the case for failure to prosecute.

SO ORDERED.

Dated:      New York, New York
            June 8, 2026
                                        _____
                                              John G. Koeltl
                                        United States District Judge