Case 1:26-cv-01213-JGK    Document 20    Filed 06/08/26    Page 1 of 1

# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 8, 2026

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
Southern District of New York

     **Re:**   *Sabrina Bennett v. Canal Street Food Corp. and McDonald's Corporation*

           **<u>Docket No. 1:26-cv-01213 (JGK) (SN)</u>**

Dear Judge Koeltl:

    We represent the plaintiff in the above-entitled action.  Pursuant to Your Honor's Order of June 8, 2026 (See ECF Document #19) concerning an alleged failure to file a Rule 26 (f) report, we write to respectfully advise that, on May 22, 2026, Your Honor granted a letter application that, among other things, adjourned the deadline for the Rule 26 (f) report *sine die*. (See ECF Document # 16).

    Accordingly, we write to confirm that the deadline for the parties to submit a Rule 26 (f) report is adjourned *sine die*.   Thank you for your time and attention to this matter.  With kindest regards, I am

                very truly yours,

                Glen H. Parker, Esq.

*The parties indicated a desire for settlement negotiations. Therefore, the time to file a Rule 26 (f) report remains stayed but the parties should submit a status report by June 22, 2026. The Clerk is requested to close ECF No. 20.*

*So ordered.*

*6/9/26*

*John G. Koeltl*
*U.S.D.J.*